ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS #981634
SCOTT J. KAPLAN #913350
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us
Email:  Scott.Kaplan@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| C.S. ex rel. K.C.; K.C. ex rel L.C.; T.B. ex rel. C.B.; B.B. ex rel C.B.; T.C. ex rel L.C., on their own behalf and on the behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE SAIKI, in his official capacity as Director of Department of Human Services, State of Oregon; and LILIA TENINTY, in her official capacity as the Director of the Office of Developmental Disabilities Services, Oregon Department of Human Services,<br><br>Defendants. | Case No.  6:17-cv-00564-MC<br><br>WAIVER OF SERVICE |

**WAIVER OF SERVICE FORM**

TO:   Kathleen L. Wilde, Thomas Stenson and Gordon Magella, Attorneys for Plaintiffs.

Page 1 -   WAIVER OF SERVICE
    TBW/c4m/8189292-v1

I acknowledge receipt of your request that I waive service of summons in the action of **C.S., et al., v. Saiki, et al.**, Case No. **6:17-cv-00564-MC**. I have also received a copy of the complaint in the action. I agree to save the cost of service of a summons and an additional copy of the complaint in this action by not requiring that the following individuals be served with judicial process in the manner provided by Rule 4:

**Clyde Saiki, Lilia Teninty**

The above-named defendants retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. I understand that a judgment may be entered against the above-named defendants if an answer or motion under Rule 12 is not served within the time limitations set forth in Fed. R. Civ. P. 12(a)(1)(A) or (a)(3).

DATED April 18, 2017.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

CHRISTINA L. BEATTY-WALTERS #981634
SCOTT J. KAPLAN #913350
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Scott.Kaplan@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   WAIVER OF SERVICE
TBW/c4m/8189292-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000