IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| C.S. ex rel. K.C.; K.C. ex rel L.C.; T.B. ex rel. C.B.; B.B. ex rel C.B.; T.C. ex rel L.C., on their own behalf and on the behalf of all those similarly situated,<br><br>    Plaintiff**,**<br><br>    **v.**<br><br>FARIBORZ PAKSERESHT, in his official capacity as Director of Department of Human Services, State of Oregon; and ANNA LANKSY, in her official capacity as the Interim Director of the Office of Developmental Disabilities Services, Oregon Department of Human Services,<br><br>    Defendants**.** | Case No. 6:17-cv-00564-MC<br><br>JUDGMENT |

**MCSHANE, Judge:**

    Based on Defendant's Unopposed Motion to Dismiss as Moot (ECF No. 53), this action is **DISMISSED.**

IT IS SO ORDERED.

    DATED this 20th day of February, 2024.

                                                       /s/ Michael J. McShane_____
                                                           Michael McShane
                                                      United States District Judge